FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN 22 PM 1:05
CLERK_____
S_____ST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DARROLL LINDSEY, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. CV416-055 |
| SGT. CRITTENDEN, C.C.S.O.; and ) LT. WARREN, C.C.S.O; ) | |
| Defendants. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ⁿᵈ day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA